# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| NAKISHA JACKSON | CIVIL ACTION NO. 20-1626 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| KRISTY WILSON | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that Jackson's claims against Wilson be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Jackson's Motion for Miscellaneous Relief (Record Document 16) is **DENIED** as frivolous.

**IT IS FURTHER ORDERED** that Jackson is barred from filing motions for reconsideration in this matter without first filing in the record a motion for leave to which the proposed pleading must be attached.

**IT IS FURTHER ORDERED** that Jackson is to have no more email communications with the Court except for sending courtesy copies of the pleadings she has filed in the record. Jackson's failure to comply with these orders will subject her to further sanctions.

The Clerk of Court is instructed to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana this 23rd day of February, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT